NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
969 Hilgard Ave., Suite 1012
Los Angeles, California 90024
(949) 636-1391 (Phone)

ATTORNEY(S) FOR: Social Positioning Input Systems, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Social Positioning Input Systems, LLC | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:21-cv-02320 |
| v. | |
| Xirgo Technologies Holding, Inc. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Social Positioning Input Systems, LLC   or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Social Positioning Input Systems, LLC | Patent Asset Management, LLC/Parent Company |

March 16, 2021                         /s/Stephen Lobbin
Date                                   Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff