**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Social Positioning Input Systems, LLC, | CASE NUMBER |
| | |
| v.                                    PLAINTIFF(S) | CV 21-02320-DSF (GJSx) |
| Xirgo Technologies Holdings, Inc., | ☒ **NOTICE**   ☒ **NOTICE AND ORDER** |
| | **REGARDING TRANSFER AND/OR** |
| DEFENDANT(S). | **REASSIGNMENT OF PATENT CASE** |

IT IS HEREBY ORDERED, pursuant to General Order 19-10, that:

☒ this case be transferred to the Patent Pilot Program and reassigned as necessary to participating judges.

☐ all discovery matters that are or may be referred to a magistrate judge be reassigned to a Program
Magistrate Judge.

March 17, 2021
_____
Date

_____
United States District Judge / Magistrate Judge

**NOTICE TO COUNSEL FROM CLERK**

As ordered above, or as directed by General Order 19-10 without need of further order, this case has been
reassigned as follows:

☒ from Judge _____Dale S. Fischer_____

to Judge _____Mark C. Scarsi_____ , for all further proceedings.

☐ from Magistrate Judge _____

to Magistrate Judge _____ , for any discovery matters that are or

may be referred to a magistrate judge.

On all documents subsequently filed in this case, please substitute the initials _____MCS_____ after the case

number, so that the case number will now read :

_____2:21-cv-02320 MCS(GJSx)_____

This is very important because documents are routed to the assigned judges by means of these initials.

cc:  ☐ *Previous Judge(s)*