STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Plaintiff Social Positioning Input Systems, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>XIRGO TECHNOLOGIES HOLDINGS, INC.,<br><br>*Defendant.* | CASE NO.: 2:21-cv-02320<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>**JURY TRIAL DEMANDED** |

## **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Social Positioning Input Systems, LLC ("Plaintiff" or "SPIS") files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer.  Accordingly, Rothschild Patent Imaging, LLC hereby voluntarily dismisses this action against Defendant Xirgo Technology Holdings, Inc. without prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to

bear its own fees and costs.

Dated: April 8, 2021

Respectfully submitted,

<u>/s/ Stephen M. Lobbin</u>
Stephen M. Lobbin
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

***Attorney(s) for Plaintiff Social Positioning Input Systems, LLC***